**STATE of Missouri, Respondent,**

v.

**Scott Alan TUCKER, Appellant.**

**No. WD 43694.**

Missouri Court of Appeals,
Western District.

May 28, 1991.

Bruce C. Houdek, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of passing a bad check and from a sentence of six months' imprisonment.

Affirmed. Rule 30.25(b).